Stacey **LAMAR**, Plaintiff–Appellant,

v.

**INSTITUTE FOR FAMILY HEALTH,** John McAndrew, Dr., Defendant–Appellees.

No. 11–2847–CV.

United States Court of Appeals, Second Circuit.

July 27, 2012.

Russell A. Schindler, Kingston, N.Y., for Appellant.

Jack Babchik (Siobhan A. Healy, on the brief), Babchik & Young LLP, White Plains, N.Y., for Appellee, (Institute for Family Health).

Gino A. Zonghetti, on the brief, Kenny & Zonghetti, LLC, New York, N.Y., for Appellee, (John McAndrew, Dr.).

Present: JON O. NEWMAN, RALPH K. WINTER and ROSEMARY S. POOLER, Circuit Judges.

Stacey Lamar appeals from an order of the district court granting summary judgment in favor of the Institute for Family Health (the "Institute"). We assume the parties' familiarity with the underlying facts, procedural history, and specification of issues for review.

Even if we assume, *arguendo,* that a reasonable jury could conclude that Lamar's complaints—made prior to her providing her employer with a letter, dated January 26, 2009, from her psychiatrist— were sufficient to put the Institute on notice that she believed John McAndrew's alleged misconduct amounted to sexual harassment, we agree with the district court's conclusion that Lamar's lengthy delay in reporting such harassment was, as a matter of law, unreasonable, given that she alleges that the harassment began as early as 2006.

Therefore, we conclude that the district court properly granted summary judgment in the Institute's favor on the basis that the Institute was, as a matter of law, entitled to an affirmative defense against liability. *See Faragher v. City of Boca Raton,* 524 U.S. 775, 807–08, 118 S.Ct. 2275, 141 L.Ed.2d 662 (1998).

Accordingly, the judgment of the district court hereby is AFFIRMED.